UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. CR-04-5086-AWI** |
| | ) | |
| | ) | **SUBSTITUTION OF** |
| Plaintiff, | ) | **ATTORNEY** |
| | ) | |
| v. | ) | |
| | ) | |
| ALI MUSLEH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, ALI MUSLEH, hereby substitutes Caroline McCreary, with law

offices at 2100 Tulare Street, Fresno, CA 93721, in place and stead of

CHARLES F. MAGILL, ESQ.


Dated: August 5, 2005            /s/ Ali Musleh
                                             ALI MUSLEH, Defendant


Dated: August 5, 2005            /s/ Charles F. Magill
                                             CHARLES F. MAGILL, ESQ.

I accept the above substitution.


Dated: August 5, 2005            /s/ Caroline C. McCreary
                                             CAROLINE MCCREARY, ESQ.




IT IS SO ORDERED.

**Dated:    August 10, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE