1  **CAROLINE C. McCREARY, #176563**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 696-4529
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **ALI MUHAMMED MUSLEH**

6

7
                    UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA        ) | **CASE NO. CR F-04-5086-AWI**
                                    )
11 |                                 ) | **STIPULATION TO CONTINUE**
   |              Plaintiff,         ) | **SENTENCING HEARING**
12 |                                 )
   |     v.                          )
13 |                                 )
   | ALI MUHAMMED MUSLEH,            )
14 |                                 )
   |              Defendant.         )
15 | _____ )

16
        IT IS HEREBY STIPULATED the parties, defendant ALI MUHAMMED MUSLEH,
17
   by and through counsel Caroline C. McCreary and Plaintiff, UNITED STATES OF
18
   AMERICA, by and through its counsel of record, Karen A. Escobar, Assistant United States
19
   Attorney for the Eastern District of California, hereby stipulate that the sentencing hearing
20
   date in the above-referenced case currently scheduled for Monday, November 20, 2006 at
21
   9:00 a.m. be continued to Monday, February 5, 2007, at 9:00 a.m. in the courtroom for the
22
   Honorable Anthony W. Ishii, District Judge.
23

24

25

26

27

28

1 | **IT IS SO STIPULATED**
2 |                                             Respectfully submitted,

Dated: November 15, 2006         /s/ Caroline C. McCreary
CAROLINE C. McCREARY
Attorney for Defendant
ALI MUHAMMED MUSLEH

**IT IS SO STIPULATED**

Dated: November 15, 2006         /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 17, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE