**CAROLINE C. McCREARY, #176563**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 696-4529
Facsimile:    (559) 486-4533

Attorney for Defendant
**ALI MUHAMMED MUSLEH**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR F-04-5086-AWI** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. ) | |
| ALI MUHAMMED MUSLEH, ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED the parties, defendant ALI MUHAMMED MUSLEH, by and through counsel Caroline C. McCreary and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, Karen A. Escobar, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing hearing date in the above-referenced case currently scheduled for Monday, April 16, 2007 at 9:00 a.m. be continued to Monday, May 21, 2007, at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: April 11, 2007

/s/ Caroline C. McCreary
CAROLINE C. McCREARY
Attorney for Defendant
ALI MUHAMMED MUSLEH

**IT IS SO STIPULATED**

Dated: April 11, 2007

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   April 11, 2007**          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE