1  **CAROLINE C. McCREARY, #176563**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 696-4529
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **ALI MUHAMMED MUSLEH**

6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA          )   **CASE NO. CR F-04-5086-AWI**
                                       )
11 |                                   )   **STIPULATION AND**
   |            Plaintiff,             )   **ORDER TO CONTINUE**
12 |                                   )   **SENTENCING**
   |       v.                          )
13 |                                   )
   | ALI MUHAMMED MUSLEH,              )
14 |                                   )
   |            Defendant.             )
15 | _____   )

16
       IT IS HEREBY STIPULATED the parties, defendant ALI MUHAMMED MUSLEH,
17
   by and through counsel Caroline C. McCreary and Plaintiff, UNITED STATES OF
18
   AMERICA, by and through its counsel of record, Karen A. Escobar, Assistant United States
19
   Attorney for the Eastern District of California, hereby stipulate that the sentencing hearing
20
   date in the above-referenced case currently scheduled for Monday, May 21, 2007 at 9:00 a.m.
21
   be continued to Monday, June 11, 2007, at 9:00 a.m. in the courtroom for the Honorable
22
   Anthony W. Ishii, District Judge.
23

24

25

26

27

28

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: May 16, 2007

/s/ Caroline C. McCreary
CAROLINE C. McCREARY
Attorney for Defendant
ALI MUHAMMED MUSLEH

**IT IS SO STIPULATED**

Dated: May 16, 2007

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   May 16, 2007**

/s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE