```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:04-cr-5086 AWI |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **ALI MUHAMMED MAHMOUD MUSLEH,** | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the United States Marshal in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.: 54517937

Receipt No:   101-5219

IT IS SO ORDERED.

Dated:   **January 23, 2008**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE